**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Brake Masters Systems, Inc., | ) | |
| Plaintiff, | ) | No. CV-11-0831-PHX-PGR |
| vs. | ) | |
| Brakes Plus, Inc., | ) | ORDER |
| Defendant. | ) | |

The parties having filed a Stipulation for Dismissal With Prejudice (Doc. 13) which is sufficient to automatically effectuate the dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) without the necessity of a court order, Eitel v. McCool, 782 F.2d 1470, 1472-73 and n.4 (9th Cir.1986),

IT IS ORDERED that the Clerk of the Court shall terminate this action.

DATED this 15th day of June, 2011.

Paul G. Rosenblatt
United States District Judge